IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 12 2012
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:12cr31 KS-MTP

BONNIE NIXON   29 U.S.C. § 501(c)

**The Grand Jury charges:**

That from on or about January 4, 2008, and continuing through on or about March 17, 2009, in Jones County in the Hattiesburg Division of the Southern District of Mississippi and elsewhere, the defendant, **BONNIE NIXON,** while serving as an officer for the International Association of Machinists and Aerospace Workers, Lodge W443, Laurel, Mississippi, a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use or to the use of another the sum of approximately $15,981.66 of the monies, funds, securities, property and other assets of said labor organization by obtaining unauthorized cash advances through writing and negotiating unauthorized and unapproved checks on the said labor organization's bank account, all in violation of Section 501(c), Title 29, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/ signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 12th day of December, 2012.

UNITED STATES MAGISTRATE JUDGE